# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129328 & (23)

JOHN VINCENT HYLAND, JR.,
      Plaintiff-Appellant,

v

      SC: 129328
      COA: 262991
      Jackson CC: 05-004328-AH

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 15, 2005 and August 10, 2005 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Defendant's motion for miscellaneous relief is also DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

t1121

                   Clerk